THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BLUE, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered August 22, 2005. The appeal was held by this Court by order entered March 16, 2007, decision was reserved and the matter was remitted to Orleans County Court for further proceedings (38 AD3d 1234 [2007]). The proceedings were held and completed.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.